# CASES DISMISSED BY THE SUPREME COURT WITHOUT WRITTEN OPINION DURING THE JANUARY TERM, A. D. 1916

Mrs. B. K. Young, Appellant, v. Mrs. Kate Booth, C. R. Hamilton and First National Bank of Lakeland, Florida, a Corporation, Appellees.

An Appeal from a Decree of the Circuit Court within and for the County of Polk.

Appeal dismissed on motion of counsel for appellees at costs of appellant.

No appearance for Appellant;

*Rogers & Spencer*, for Appellees.

---

Willis Castaing, Intervenor, Appellant, v. The County of Pinellas, by John S. Taylor, C. E. Jackson, D. Byrd McMullen, George W. Stahl and George Edwards, as County Commissioners of Pinellas County, State of Florida, Appellee.

An Appeal from a Decree of the Circuit Court within and for the County of Pinellas.

Appeal dismissed on motion of counsel for appellee, at costs of appellant.